IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPENLANDS, an Illinois not-for-profit corporation, and SIERRA CLUB, a California not-for-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS DEPARTMENT OF TRANSPORTATION, an Illinois state agency; ANN L. SCHNEIDER, in her official capacity as Secretary of the Illinois Department of Transportation, BOARD OF THE CHICAGO METROPOLITAN AGENCY FOR PLANNING, an Illinois municipal corporation, and MPO POLICY COMMITTEE, an Illinois public agency, <br><br> Defendants. | Case No. 1:14-cv-03912 <br><br> Honorable Marvin E. Aspen |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 19, 2014, at 10:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Marvin E. Aspen or any Judge sitting in his stead, in Courtroom 2525 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present Plaintiffs' Motion to Remand to State Court, attached hereto.

Respectfully submitted,

/s Howard A. Learner
_____
Howard A. Learner
Andrew B. Armstrong
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, Illinois 60601
(312) 673-6500

*One of the Attorneys for Plaintiffs Openlands and Sierra Club*

# PROOF OF SERVICE

I, Howard Learner, certify that on the 16th day of June, 2014, I served notice by electronic means to the attached service list before 5:00 p.m.

/s Howard A. Learner
_____
Howard A. Learner

Dated: June 16, 2014

**Christopher James Murdoch**
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

**Chelsea Ashbrook McCarthy**
Holland and Knight, LLP
131 South Dearborn
30th Floor
Chicago, IL 60603
312-715-5768
Email: chelsea.mccarthy@hklaw.com

*Counsel for Defendants Board of The Chicago Metropolitan Agency For Planning and MPO Policy Committee*

**Michael A. Forti**
Illinois Department of Transportation
100 W. Randolph Street, Suite 6-600
Chicago, IL 60601
(312) 793-2255
Email: Michael.Forti@Illinois.gov

*Counsel for Defendants Illinois Department Of Transportation and Ann L. Schneider*

**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OPENLANDS, an Illinois not-for-profit corporation, and SIERRA CLUB, a California not-for-profit corporation,<br>      Plaintiffs,<br>v.<br><br>ILLINOIS DEPARTMENT OF TRANSPORTATION, an Illinois state agency; ANN L. SCHNEIDER, in her official capacity as Secretary of the Illinois Department of Transportation, BOARD OF THE CHICAGO METROPOLITAN AGENCY FOR PLANNING, an Illinois municipal corporation, and MPO POLICY COMMITTEE, an Illinois public agency,<br>      Defendants. | Case No. 1:14-cv-03912<br><br>Honorable Marvin E. Aspen |

## **MOTION TO REMAND TO STATE COURT**

Plaintiffs Openlands and Sierra Club move pursuant to 28 U.S.C. § 1447(c) to remand this case to state court. In support of their Motion, Plaintiffs state as follows:

1. The Defendants Illinois Department of Transportation ("IDOT") and Ann L. Schneider, in her official capacity as Secretary of IDOT, are moving forward by spending public funds and taking other steps to plan and continue development of the proposed Illiana Tollway, which is projected to cost at least $1.3 billion and would run for 47 miles from Interstate 55, near Wilmington, Illinois to Interstate 65 near Lowell, Indiana.

2. On April 17, 2014, Plaintiffs filed a Verified Complaint for Declaratory and Injunctive Relief ("Complaint") in the Circuit Court of Cook County, Chancery Division. Plaintiffs' Complaint alleges that, in spending public funds and taking other steps to plan and continue development of the proposed Illiana Tollway, the Defendants "are acting in violation of

1

Illinois state laws and should be declared in violation and enjoined from taking further actions based on such violations . . . .". Complaint at 1.

3. Plaintiffs' lawsuit in state court is based on the Defendants' violations of state laws, specifically Section 60(c) of the Illinois Regional Planning Act, 70 ILCS 1707/60(c).

4. Plaintiffs' Complaint was brought pursuant to 735 ILCS 5/2-701 and the equitable jurisdiction of the Illinois Circuit Court of Cook County, Chancery Division.

5. Plaintiffs have standing based upon their members being Illinois state taxpayers.

6. Plaintiffs requested that the state court declare: (1) the Defendant MPO Policy Committee's October 17, 2013 votes to approve the proposed Illiana Tollway without the required "prior" approval of the Defendant Chicago Metropolitan Agency for Planning were unauthorized, in violation of the Illinois Regional Planning Act, 70 ILCS 1707/60(c), and without legal effect; and (2) the Defendants are not legally authorized to spend public funds or otherwise further proceed with the proposed Illiana Tollway. Plaintiffs also requested that the court grant an injunction and enjoin the Defendants from spending public funds or otherwise taking any actions to continue development of the proposed Illiana Tollway.

7. On April 21, 2014, Plaintiffs filed a Petition seeking the state court's approval to file an amended complaint under Section 11-301 of the Illinois Code of Civil Procedure, 735 ILCS 5/11-301, which expressly authorizes Illinois taxpayers to bring actions in state court to enjoin the State's illegal disbursement of public funds.

8. On April 29, 2014, at the hearing before Judge David B. Atkins in the Circuit Court of Cook County, the Defendants did not oppose Plaintiffs' Petition.

9. On April 29, 2014, Judge Atkins issued an Order granting Plaintiffs' Petition to bring a taxpayers' action in Illinois state court to enjoin the State's illegal disbursement of public funds.

10. On the same day, the Plaintiffs then filed an Amended Verified Complaint for Declaratory and Injunctive Relief ("Amended Complaint"), which included Count II, pursuant to 735 ILCS 5/11-301(taxpayers' actions), following the state court's entry of the Order granting Plaintiffs' Petition.

11. All such actions were brought by the Plaintiffs under state laws.

12. On May 28, 2014, the State Defendants filed a Notice of Removal asserting federal question jurisdiction.

13. This case should be remanded because Plaintiffs' Amended Complaint presents only state law claims. Moreover, this federal Court apparently does not have subject matter jurisdiction to hear state taxpayer actions, which the state court specifically allowed in its Order on April 29, 2014. To the extent that the State Defendants intend to raise some sort of federal defense to the application of Plaintiffs' state law claims, those defenses can be adjudicated by the state court.

14. In the alternative, if this federal Court determines that it nonetheless has subject matter jurisdiction to hear the state taxpayer action in this case, then Plaintiffs will seek a preliminary injunction and other relief to stop the State Defendants from spending public funds and taking other steps to plan and continue development of the proposed Illiana Tollway in violation of law.

15. Plaintiffs request that the Court provide expedited consideration of this Motion to Remand to State Court so that necessary relief can be granted in a timely manner.

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Expeditiously issue an order granting Plaintiffs' Motion to Remand to State Court, and thereby remand this case to the Circuit Court of Cook County; and

(2) Expeditiously provide such other and further relief as the Court may deem just and reasonable, including the payment by the State Defendants to the Plaintiffs of just costs and actual expenses, including attorney fees, incurred as a result of the removal, pursuant to 28 U.S.C. § 1447(c).

                                                             OPENLANDS and SIERRA CLUB

                                                             By their attorneys:

                                                             /s Howard A. Learner
                                                             _____
                                                             Howard A. Learner
                                                             Andrew B. Armstrong
                                                             Environmental Law & Policy Center
                                                             35 East Wacker Drive, Suite 1600
                                                            Chicago, Illinois 60601
                                                            (312) 673-6500

                                                            *Attorneys for the Plaintiffs*
                                                            *Openlands and Sierra Club*

DATE: June 16, 2014

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPENLANDS, an Illinois not-for-profit corporation, and SIERRA CLUB, a California not-for-profit corporation,<br>              Plaintiffs,<br>    v.<br><br>ILLINOIS DEPARTMENT OF TRANSPORTATION, an Illinois state agency; ANN L. SCHNEIDER, in her official capacity as Secretary of the Illinois Department of Transportation, BOARD OF THE CHICAGO METROPOLITAN AGENCY FOR PLANNING, an Illinois municipal corporation, and MPO POLICY COMMITTEE, an Illinois public agency,<br>              Defendants. | Case No. 1:14-cv-03912<br><br>Honorable Marvin E. Aspen |

## **[PROPOSED] ORDER**

THIS CAUSE COMING BEFORE THE COURT on Plaintiff's Motion to Remand to State Court, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion to Remand to State Court is granted. This action is remanded to the Circuit Court of Cook County, and a certified copy of this Order shall be mailed by the Clerk of this Court to the Clerk of the Circuit Court of Cook County.

2. Plaintiffs may file a motion in this Court seeking payment by the removing parties of Plaintiffs' just costs and actual expenses, including attorney fees, incurred as a result of the removal, pursuant to 28 U.S.C. § 1447(c), in accordance with Local Rule 54.3.

Dated: _____
                                                                                                Honorable Marvin E. Aspen
                                                                                                 United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2014, a copy of the foregoing *Plaintiffs' Notice of Motion*, *Plaintiffs' Motion to Remand to State Court,* and *Plaintiffs' Proposed Order* was filed electronically with the Northern District of Illinois. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Howard A. Learner
Howard A. Learner
Environmental Law and Policy Center
